IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CV302 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN D. BURKHOLDER, SR., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Upon Plaintiff's Motion for Dismissal, (Filing No. 26).

IT IS HEREBY ORDERED that Plaintiff's motion is granted, and the Complaint is dismissed without prejudice.

DATED April 4, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge